*Tuesday, February 10, 1998*

## MOTION DOCKET

**96–1956.   State v. Reynolds.**
Summit App. No. 16845.   Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Summit County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**96–2511.   Chubb v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 96APE03–292.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   On February 3, 1998, appellant filed a document titled "Motion of appellant for leave to file notice of supplemental fact (with memorandum in support attached)." Whereas appellant's document, in particular the attached memorandum in support, violates the prohibition of S.Ct.Prac.R. IX(8) against filing additional materials relating to the merits of the case after the case has been orally argued, unless the court by order has permitted the filing of additional materials,

IT IS ORDERED by the court, *sua sponte*, that appellant's document be, and hereby is, stricken.

**97–1117.   Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991.   This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County.   Upon consideration of the motion of appellees/cross-appellants to exceed page limit,

IT IS ORDERED by the court that the motion to exceed page limit be, and hereby is, denied as moot.

LUNDBERG STRATTON, J., not participating.

## MISCELLANEOUS DISMISSALS

**97–2714.   State ex rel. Asbury v. Devery.**
Franklin App. No. 96APD11–1599.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.